

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00512-CR

Robert Lee **CRIDER,** Jr.,
Appellant

**v.**

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17583
Honorable Rex Emerson, Judge Presiding

# O R D E R

Based on the clerk's record filed in this appeal, it appears that appellant is seeking to appeal the trial court's dismissal of the charges filed against him. An order dismissing charges is not an order appealable by a defendant. See Guerrero v. State, No. 04-11-00378-CR, 2011 WL 3329063, at *1 (Tex. App.—San Antonio Aug. 3, 2011, no pet.); Bohannan v. State, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd). It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court